No. 01–5051.  BALL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5052.  WILLIAMS v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 01–5053.  WARE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–5054.  BEAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–5056.  ANDERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5057.  WEST v. POTTER, POSTMASTER GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 01–5058.  TAYLOR v. FOSTER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–5059.  McCOY v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 01–5060.  SUPREME v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5061.  MARTINEZ-GALVAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5062.  MOORE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5063.  OLDHAM v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–5064.  MYERS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 01–5065.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5066.  COOPERWOOD v. CAMBRA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–5067.  BOLDEN v. BELL DAIRY PRODUCTS, INC.  C. A. 5th Cir.  Certiorari denied.